IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cr-00008-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BRANDY MICHELLE FOHMANN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant in this action submitted a Motion [Doc. 28] which has undergone a screening review. It appears that Defendant intends to request a sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion [Doc. 28] will be treated as a sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines in Defendant's criminal proceeding and that the Clerk's Office is directed to update the docket accordingly.

**IT IS SO ORDERED**.

Signed: 4/17/2024

Martin Reidinger
Chief United States District Judge