THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00008-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BRANDY MICHELLE FOHMANN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Pro Se Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)." [Doc. 28].

By the present motion, the Defendant asks seeks relief under both Parts A and B of Amendment 821 to the U.S. Sentencing Guidelines. [Doc. 28]. Pursuant to 18 U.S.C. § 3582(c)(2), the Court may modify a term of imprisonment that was based on a sentencing range that has subsequently been lowered by the Sentencing Commission, "if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2).

The Defendant is not entitled to relief under either part of Amendment 821. Part A of Amendment 821, effective November 1, 2023, amended U.S.S.G. § 4A1.1 to provide for the addition of one status point for

defendants with seven or more criminal history points who committed the offense of conviction while under a criminal justice sentence. U.S.S.G. § 4A1.1(e) (2023). Here, however, the Defendant was not assessed any status points under § 4A1.1. As such, Part A is inapplicable to her.

The Defendant also is not eligible for relief under Part B. That provision amended the offense-level calculation for offenders who did not receive any criminal history points. U.S.S.G. § 4C1.1 (2023). At the time of sentencing, the Defendant was assessed two criminal history points. As such, Part B of Amendment 821 is inapplicable to her as well.

For all of these reasons, the Defendant's motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Pro Se Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)" [Doc. 28] is **DENIED**.

**IT IS SO ORDERED.**

Signed: April 22, 2024

Martin Reidinger
Chief United States District Judge